**Opinion issued October 11, 2012.**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-12-00858-CR

———————————

## IN RE JASON T. PEGUES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION[1]

Jason T. Pegues has filed a pro se petition for writ of mandamus, requesting that we compel the trial court to credit relator for time served in a juvenile detention facility pending the trial of the underlying case.

We deny the petition.

---

[1] Relator has identified the underlying case as *State v. Jason Tyrone Pegues*, No. 26,185, in the 240th District Court of Fort Bend County, Texas, the Honorable Thomas R. Culver, III, presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).